IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL J. BEAUTYMAN and MICHAEL J. BEAUTYMAN FAMILY LIMITED PARTNERSHIP, | : | CIVIL ACTION |
| Plaintiffs, | : | No. 17-5804 |
| v. | : | |
| GENERAL INSURANCE COMPANY OF AMERICA, | : | |
| Defendant/Cross-Claimant, | : | |
| DAVID LAURENT, a/k/a, DAVID J. LEHARVEO, | : | |
| Defendant/Cross-Defendant. | : | |

# ORDER

**AND NOW**, this 11th day of June, 2019, upon consideration of Defendant General Insurance Company of America's ("GICA") Motion for Summary Judgment and Plaintiffs Michael J. Beautyman and Michael J. Beautyman Family Limited Partnership's Response in Opposition, it is hereby **ORDERED** that GICA's Motion (Doc. No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that the claims against GICA are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE