IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| MICHAEL J. BEAUTYMAN and MICHAEL J. BEAUTYMAN FAMILY LIMITED PARTNERSHIP, | : : : : | CIVIL ACTION |
| Plaintiffs, | : : | No. 17-5804 |
| v. | : : : | |
| DAVID LAURENT, a/k/a, DAVID J. LEHARVEO, | : : : : | |
| Defendant. | : : | |

## ORDER

**AND NOW**, this 31st day of October, 2019, upon consideration of Defendant David Laurent, a/k/a, David J. Leharveo's Renewed Motion for Judgment as a Matter of Law and Plaintiffs Michael J. Beautyman and Michael J. Beautyman Family Limited Partnership's Response in Opposition, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 70) is **DENIED**.

                                                                                            BY THE COURT:

                                                                                            /s/ Robert F. Kelly
                                                                                            ROBERT F. KELLY
                                                                                            SENIOR JUDGE