IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. BEAUTYMAN and<br>MICHAEL J. BEAUTYMAN FAMILY<br>LIMITED PARTNERSHIP,<br>        *Plaintiffs*,<br><br>        v.<br><br>DAVID LAURENT *also known as* DAVID<br>J. LEHARVEO,<br>        *Defendants*. | CIVIL ACTION<br>NO. 17-5804 |

## ORDER

AND NOW, this 2nd day of March 2021, upon consideration of Plaintiffs' Renewed Motion to Compel Full and Complete Responses to Plaintiffs' Interrogatories in Aid of Execution and to Hold Defendant in Contempt, (ECF 97), it is **ORDERED** that:

1. the motion is **GRANTED** to the extent that it seeks to compel Defendant David Laurent's interrogatory responses. Defendant shall provide full and complete interrogatory responses to Beautyman on or before **Wednesday, March 10, 2021**; and

2. the motion is **DENIED** without prejudice to the extent that it seeks to hold Laurent in contempt.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.