IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL J. BEAUTYMAN and<br>MICHAEL J. BEAUTYMAN FAMILY<br>LIMITED PARTNERSHIP,<br>          *Plaintiffs*,<br><br>    v.<br><br>DAVID LAURENT *also known as* DAVID<br>J. LEHARVEO,<br>          *Defendant*. | CIVIL ACTION<br>NO. 17-5804 |

## ORDER

AND NOW, this 2nd day of April, 2020, upon consideration of a renewed motion to hold Defendant David Laurent, a/k/a David J. Leharveo in contempt by Plaintiffs Michael J. Beautyman and Michael J. Beautyman Family Limited Partnership (collectively, "Beautyman") (ECF 102), and after a hearing on the motion (ECF 104) at which Laurent failed to appear, and consistent with the accompanying Memorandum of Law, it is **ORDERED** that Beautyman's Motion is **GRANTED** and, because Laurent has yet to respond to Beautyman's properly issued Interrogatories in Aid of Execution, Laurent is **IN CONTEMPT** of the Court's Order of March 2, 2021.

It is **FURTHER ORDERED** that:

1. Laurent shall **COMPLY** with the Court's Order of March 2, 2021 (ECF 100) by immediately responding to Beautyman's Interrogatories.

2. Laurent shall pay into the Court's registry a **sanction of $100 per day,** accruing from April 1, 2021 until such time as he responds to Beautyman's Interrogatories **or** until October 1, 2021, whichever comes first.

2

3. If Laurent responds to Beautyman's Interrogatories, Beautyman shall immediately inform the Court. Otherwise, Beautyman shall report the status of its efforts to obtain compliance to the Court on Friday, October 1, 2021.

4. If Laurent has not responded to Beautyman's Interrogatories by Friday, October 1, 2021, Beautyman may petition the Court for an extension or increase of the daily fine or may request that the Court issue a warrant to arrest Laurent for civil contempt.

5. **JUDGMENT IS ENTERED** in favor of Beautyman and against Laurent for $6,054.70 in attorneys' fees, together with such additional reasonable attorneys' fees and costs which may be incurred in the collection and enforcement necessary to achieve satisfaction of the judgment.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.